60 F.3d 817
 Marshall P. Safir
v.
Prudential Insurance Company of America, CSX Corporation,
Malcolm McLean Industries, Inc., Lykes Bros. Steamship Co.,
Inc., American President Companies Ltd., Farrell Lines,
Haight, Gardner, Poor and Havens, Weil, Gotshal and Manges,
Milbank, Tweed, Hadley and McCloy, Gilmartin, Poster and
Shafto, Dewey, Ballantine, Bushby, Palmer & Woods, Eugene
Nickerson, Judge, Connecticut Natiional Bank & Trust
Company, Puerto Rican Maritime Shipping
 NO. 94-5770
 United States Court of Appeals,
Third Circuit.
 May 04, 1995
 
 Appeal From: D.N.J., No. 94-cv-02094,
 Barry, J.
 
 
 1
 AFFIRMED.